**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IN RE FIRESTAR DIAMOND, INC.,

                         Debtor.                          22 CIVIL 8718 (JLR)
------------------------------------------------------------------X
BANK OF INDIA, *Bharat Diamond Bourse Branch*,

                         Appellant,

          -against-                              **JUDGMENT**


RICHARD LEVIN *as liquidating Trustee of the Firestar*
*Diamond Liquidating Trust*,

                         Appellee.
------------------------------------------------------------------X
BANK OF INDIA (LONDON BRANCH), UNION
BANK OF INDIA (UK) LTD., and RECEIVERS OF
FIRESTAR DIAMOND BVBA,

                         Appellants,                      22 CIVIL 8729 (JLR)

          -against-


RICHARD LEVIN *as liquidating Trustee of the Firestar*
*Diamond Liquidating Trust*,

                         Appellee.
------------------------------------------------------------------X


          It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated May 20, 2024, the Order of the Bankruptcy Court

sustaining the Trustee's objections to the Banks' claims is AFFIRMED in its entirety. Accordingly,

the case is closed.

**Dated:**  New York, New York
May 20, 2024

RUBY J. KRAJICK
Clerk of Court

BY: _____

Deputy Clerk